THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES FARNS-WORTH, Appellant, against ROBERT E. MURPHY, as Warden of Auburn State Prison, Respondent.

Submitted May 25, 1953; decided June 5, 1953.

Motion for reargument or, in the alternative, to amend the remittitur denied.   [See 305 N. Y. 630.]